No. 88-5764.   MANGAN *v.* WEINBERGER ET AL.   C. A. 8th Cir. Certiorari denied.

No. 88-5773.   FULGHUM *v.* FORD, WARDEN.   C. A. 11th Cir. Certiorari denied.

No. 88-5774.   BUCHANAN *v.* ROTHGERBER ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 88-5779.   PRENZLER *v.* COUNTY OF ORANGE, CALIFORNIA, ET AL.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 88-5780.   STRINGER *v.* JOHNSON ET AL.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 88-5781.   WILSON *v.* GARRAGHTY, WARDEN.   C. A. 4th Cir.   Certiorari denied.

No. 88-5793.   EVANS *v.* FULCOMER, WARDEN, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 88-5794.   GIAKOVMIS *v.* WASHINGTON.   Ct. App. Wash. Certiorari denied.

No. 88-5805.   RUCKER *v.* OHIO.   Ct. App. Ohio, Hamilton County.   Certiorari denied.

No. 88-5807.   PRYMER *v.* CITY OF ROCKFORD, ILLINOIS, ET AL. App. Ct. Ill., 2d Dist.   Certiorari denied.

No. 88-5809.   GRIFFIN *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 88-5810.   IVEY *v.* LEXINGTON FAYETTE URBAN COUNTY GOVERNMENT ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 88-5812.   PADAVICK *v.* OHIO.   Ct. App. Ohio, Cuyahoga County.   Certiorari denied.

No. 88-5813.   MUHAMMAD *v.* UNITED STATES BUREAU OF PRISONS.   C. A. 10th Cir.   Certiorari denied.

No. 88-5817.   CARROLL *v.* WHITE, WARDEN, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 88-5818.   KINSEY *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.